IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:03CR3004 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HUGO BELTRAN-GOMEZ, | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Hugo Beltran-Gomez, providing that he shall take nothing, and his motion to vacate conviction (filing 81, as supplemented by filing 83) is denied with prejudice.

January 31, 2007                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge